IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERSPORT CORP. d/b/a WHAM-O, | | |
| Plaintiff, | | Case No.: 1:25-cv-07512 |
| v. | | Judge Steven C. Seeger |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 5 | bxhwj |
| 14 | Hzrsly ToyHaven |
| 15 | joyioe |
| 18 | kcavykas Home Co. Ltd |
| 19 | KoingJUS |
| 21 | Li-Yi Cheng E-commerce Co. |
| 29 | sgaqyqTQR |
| 34 | WonderMingle |
| 37 | XUERCSB |
| 44 | Ytndtr |
| 49 | ZYXWVU Co. Ltd |

DATED: November 4, 2025   Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
Email: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 4, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                  */s/ Keith A. Vogt*
                                                  Keith A. Vogt